IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | MAGISTRATE NO. 19-450 |
| | ) | |
| DOUGLAS PANESSA | ) | |
| | ) | |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Andrew Ellenberger, Special Agent with the Drug Enforcement Agency ("DEA"), being duly sworn, state as follows:

1. I am an investigative or law enforcement officer of the United States, within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code.

2. I was hired by the DEA in September of 2010, and I attended the DEA academy for approximately twenty weeks. At the DEA Academy, I was trained in the various aspects of conducting narcotics investigations. In January 2011, I was sworn as a DEA Special Agent and I am currently assigned to the DEA Pittsburgh District Office, Pittsburgh, PA. As a DEA Special Agent, I investigate criminal violations of the Federal and State controlled substance laws including, but not limited to, conspiracy and attempt to possess with intent to distribute and to distribute controlled substances, in violation of Title 21, United States Code, Section 846; possession with intent to distribute and distribution of controlled substances, in violation of Title 21, United States Code, Section 841(a)(1); and use of communication facilities to facilitate drug trafficking offenses, in violation of Title 21, United States Code, Section 843(b). I have been

1

personally involved in over 100 narcotics investigations, and as such I am familiar with the various methods used by narcotics traffickers to transport, store and distribute narcotics and narcotics proceeds. I have experience with a wide range of investigative techniques, including various types of visual and electronic surveillance, the interception of wire communications, and the debriefing of defendants, witnesses and informants, as well as others who have knowledge of the distribution and transportation of controlled substances, controlled deliveries, use of search and arrest warrants, management and use of informants, pen registers, the laundering and concealing of proceeds from drug trafficking, and the street gangs who participate in these illegal activities.

3. I am currently participating in the investigation of Douglas PANESSA, and this affidavit is in support of a criminal complaint filed against PANESSA. The statements contained in this Affidavit are based on my experience and background as a special agent, and the investigation of PANESSA, which includes statements and admissions made by PANESSA. For the reasons set forth below, there is probable cause to believe that PANESSA committed the following crimes on February 28, 2019: possession with intent to distribute a controlled substance, namely methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C). Because this affidavit is being submitted for the limited purpose of supporting probable cause to arrest as stated herein, I have not included each and every fact known to me concerning this investigation.

4. On February 28, 2019, your affiant and other DEA special agents and task force officers went to execute a federal warrant, Magistrate Number 19-408M, at 3229 Joe Hammer Square Apartment 1, Pittsburgh, PA 15213. Upon entry into the apartment, DEA investigators encountered PANESSA, Andrew GILBERT, and PANESSA's boyfriend inside of the apartment.

PANESSA and his boyfriend shared one bedroom and GILBERT occupied another. Additionally, there was a third bedroom in the apartment. These three individuals were detained while the search continued.

5.  DEA investigators recovered several ounces of methamphetamine from PANESSA's bedroom as well as drug packaging material, drug ledgers and lists, and a shotgun. DEA investigators field tested the methamphetamine that was seized from PANESSA's bedroom. The substances field tested positive for the presence of methamphetamine. PANESSA was read his *MIRANDA* rights, which he waived, and he agreed to speak with investigators. PANESSA stated that he possessed the methamphetamine within his bedroom and that he was a methamphetamine trafficker.

6.  Pursuant to the foregoing, your affiant respectfully submits there is probable cause to believe that Douglas PANESSA violated Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C). The foregoing is true and correct to the best of my knowledge, information, and belief.

ANDREW ELLENBERGER
Special Agent, DEA

Sworn and subscribed to before me
this 28th day of February, 2019.

HONORABLE LISA LENIHAN
United States Magistrate Judge